| | |
|---|---|
| 1 | James H. Flaherty, Jr. Esq. (45149) |
|   | Douglas P. Flaherty, Esq. (232581) |
| 2 | FLAHERTY & FLAHERTY |
|   | *A PROFESSIONAL LAW CORPORATION* |
| 3 | 401 WEST "A" STREET, SUITE 2220 |
|   | SAN DIEGO, CA 92101-7909 |
| 4 | TELEPHONE (619) 230-8600 |
|   | FACSIMILE (619) 702-5160 |
| 5 | E-MAIL jim@flahertyandflaherty.com |
|   |         doug@flahertyandflaherty.com |
| 6 | Attorney for Use Plaintiff, |
|   | PRECISION CONCRETE CONSTRUCTION, INC. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, For the Use of PRECISION CONCRETE CONSTRUCTION, INC., | ) ) ) ) | Civil Action File No. **'15CV1656 BTM BLM** |
| Use Plaintiff, | ) ) | COMPLAINT ON BOND |
| v. | ) ) | (Miller Act) |
| K.O.O. CONSTRUCTION, INC.; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; DOES 1 to 10; inclusive, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Use Plaintiff complains and alleges:

FIRST CAUSE OF ACTION
(Breach of Contract)

1.   The jurisdiction of this Court is based upon 40 U.S.C. §3131-3133.  The project upon which this suit is based is situated in this Judicial District.

2.   At all times herein mentioned Use Plaintiff, PRECISION CONCRETE CONSTRUCTION, INC. ("PRECISION") was and now is a corporation duly organized and existing under the laws of the State of California doing business and having its principal place of business in the County of San Diego, State of California.

3.   Defendant, K.O.O. CONSTRUCTION, INC. ("K.O.O.") was, and at all times herein

1  mentioned is, a corporation, organized and existing pursuant to law doing business in San Diego County, California. Defendant K.O.O. is and was the principal on the payment bond referred to herein.

4. Defendants TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("SURETY") and DOES 1 through 10, were at all times herein mentioned, and now are, corporations or business entities authorized to transact business as sureties upon bonds or undertakings pursuant to United States Government regulations.

5. Use Plaintiff is informed and believes that Defendant K.O.O. entered into a written contract with the United States of America, through the Department of the Navy, Contract No. N62473-09-D-1618 ("The Contract") for the certain work of improvement consisting of the construction of a new Small Arms Magazine at P310 Small Arms Magazine, Camp Pendleton, California ("The Project").

6. Defendant, K.O.O., as principal, and the Defendant SURETY and DOES 1 through 10 as sureties, executed and delivered certain Payment Bond(s) guaranteeing the payment to all persons supplying labor and material in the prosecution of the work provided for in said Contract No. N62473-09-D-1618 and any and all duly authorized modifications thereof, which said bond was executed and delivered as aforesaid in accordance with the provisions of an act of the Legislature of the United States of America, dated August 24, 1935, 59 Stat. 793, as amended.

7. Use Plaintiff PRECISION entered into a written subcontract with defendant K.O.O. with respect to the Contract and the Project pursuant to which Use Plaintiff PRECISION agreed to provide and install labor and materials, specifically concrete and rebar (reinforcing steel) for use on and incorporation into the Project. The initial subcontract amount for work to be performed was $433,000.00.

8. During the course of the performance, construction, and prosecution of the Contract and Project, and between January 31, 2012 and August 1, 2014, Use Plaintiff delivered and installed the concrete and rebar pursuant to the terms of its subcontract. Use Plaintiff provided additional labor and material pursuant to multiple change orders for the additional sum of $102,004.87.

9. Use Plaintiff performed and completed all obligations to be performed by it pursuant to the terms and conditions of the contract.

10. The labor materials so furnished by Use Plaintiff in the prosecution of the Contract and

1 the Project, and not paid for, were and are reasonably worth the sum of $73,499.59. There is now due,
2 owing and unpaid to Use Plaintiff the sum of $73,499.59, plus interest at the rate of 10% per annum,
3 from the dates payment was due, after deducting all just credits and offsets.

4     11.    The written subcontract between Use Plaintiff and K.O.O. provides at Section 25 that
5 if it becomes necessary to employ an attorney for collection of the monies due under the subcontract,
6 that reasonable attorneys fees will be paid. Use Plaintiff has retained Flaherty & Flaherty, APLC as its
7 attorney and seeks recovery of its attorney fees, expert fees, and costs incurred.

8     12.    A period of 90 days has elapsed from the date that Use Plaintiff last provided work on
9 the Project and Use Plaintiff finished its work on the project within the year immediately preceding the
10 date this complaint was filed.

SECOND CAUSE OF ACTION<br>(On Miller Act Bond)

13     13.    Use Plaintiff incorporates by reference Paragraphs 1 through 12 hereinabove, as though
14 the same are set forth in full herein.

15     14.    Use Plaintiff performed and completed all obligations to be performed by it pursuant to
16 the terms and conditions of its subcontract with Defendant K.O.O.

17     15.    Use Plaintiff has not been paid in full for said labor materials furnished in the
18 prosecution of said work, as aforesaid; more than ninety (90) days and less than one (1) year have
19 elapsed after the date on which the last of said labor materials were furnished as hereinabove set forth;
20 the balance thereof unpaid at the time of the commencement of this action is $73,499.59.

21     16.    Defendants SURETY and DOES 1 through 10 are responsible for payment to Use
22 Plaintiff herein.

THIRD CAUSE OF ACTION<br>(On Common Count)

25     17.    Use Plaintiff refers to and incorporates as through fully set forth herein, Paragraphs 1
26 through 16.

27     18.    Within the last two years at San Diego County, California, Defendant, K.O.O. became
28 indebted to Use Plaintiff on an open book account for money due in the sum of $73,499.59.

X:\files\PrecisionConcrete\KOO Construction\Cmp on Bond.wpd  3
COMPLAINT ON BOND

19. Neither the whole nor any party thereof has been paid, although demand therefore has been made and there is now due, owing and unpaid the sum of $73,499.59 with interest thereon according to proof.

WHEREFORE, Use Plaintiff prays judgment against each of the Defendants, jointly and severally, as follows:

1. For the sum of $73,499.59, plus interest at the rate of 10% per annum from the dates each payment was due, to the date of entry of judgment;

2. For reasonable attorney's fees;

3. For costs of suit; and

4. For such other and further relief as the court deems just and proper.

FLAHERTY & FLAHERTY
A PROFESSIONAL LAW CORPORATION

Dated: July 24, 2015            By:   /S/ James H. Flaherty, Jr.

James H. Flaherty, Jr.
Douglas P. Flaherty
Attorney for Use Plaintiff
PRECISION CONCRETE CONSTRUCTION, INC.

X:\files\PrecisionConcrete\KOO Construction\Cmp on Bond.wpd
COMPLAINT ON BOND